JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
ERIN C. BLACKADAR, IDAHO STATE BAR NO. 8996
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>vs.<br><br>STACEY JAMES WONDRA,<br><br>          Defendant. | Case No. 22-cr-00098-AKB<br><br>**MOTION FOR DETENTION ON SUPERVISED RELEASE** |
|---|---|

Pursuant to Federal Rules of Criminal Procedure 32.1(a)(6) and 46(d), and 18 U.S.C. § 3143(a), the United States moves for an order directing that the Defendant, **Stacey James Wondra**, be detained pending a preliminary hearing and/or a revocation hearing regarding the alleged violations of the terms and conditions of his probation or supervised release contained in the petition filed by the United States Probation Office.

A person arrested for violating probation or supervised release may be released or detained under 18 U.S.C. § 3143(a) pending further proceedings. Fed R. Crim. P. 32.1(a)(6). Section 3143(a) provides that the judicial officer shall order that the person be detained, "unless the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community" if released. 18 U.S.C.

MOTION FOR DETENTION ON SUPERVISED RELEASE - 1

§ 3143(a). "The burden of establishing by clear and convincing evidence that the person will not flee or pose a danger to any other person or to the community rests with the person." Fed. R. Crim. P. 32.1(a)(6).

WHEREFORE, the Government requests that the Court enter an order detaining the Defendant pending a preliminary and/or a revocation hearing.

Respectfully submitted this 23rd day of December, 2024.

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:

*/s/ Erin C. Blackadar*
ERIN C. BLACKADAR
Assistant United States Attorney

MOTION FOR DETENTION ON SUPERVISED RELEASE - 2