Stacey James Wondra            Case = Unlawful Possession of a firearm
                                       922 6(1)
         Plaintiff

VS
                                   Motion requesting early termination
                                   of sentence.
United States of America
         Defendant

RCVD___ Filed___ Time___
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO
OCT 07 2025
U.S. COURTS

Comes now, the Plaintiff Stacey James Wondra, respectfully motioning the Courts to grant an early termination of sentence, as the Plaintiff has demonstrated exceptionally good conduct while incarcerated in the Federal Bureau of Prisons, and feel the Plaintiff has had significant time to reflect on his past behaviors that caused him to be in custody. Plaintiff is scheduled to release on 10-30-25, with NO term of supervision to follow afterwards.

Thank You

Respectfully Submitted this
2nd day, October, 2025

X Stacey Wondra/ 10-2-25

X Stacey Wondra 10-2-25

Federal Correctional Institution-Phoenix
FCI Phoenix
Stacey Wondra
# 54938-048
37910 N 45th Ave
Phoenix, AZ 85086

OCT 07 REC'D

Federal Courthouse
Attn: Honorable Brailsford
550 W Fort St,
Boise, ID 83702